JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SCREEN ACTORS GUILD - AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS,

Petitioner,

v.

ZONE V PRODUCTIONS, LTD.,

Respondent.

Case No. CV 22-02940 PA (GJSx)

JUDGMENT OF DISMISSAL

 In accordance with the Court's September 7, 2022 Minute Order dismissing this action for failure to comply with a Court Order, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: September 7, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE